IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
IN ADMIRALTY

GLENN HOLDEN AND KATHY HOLDEN

Plaintiffs,

vs.

M/V LADY LUCK, U.S. Coast Guard Official No. 916479, Hull Identification No. CCHDJ184G586, her engines, bowspirit, anchor, cables, chains, rigging, tackle, apparel, sails, furniture and all accessories hereunto appertaining and belonging to her, *in rem*,

Defendant.

Civil Action No.:

**VERIFIED COMPLAINT**

Plaintiff, Glenn Holden and Kathy Holden (hereinafter referred to as "Plaintiffs"), complaining of the above Defendant Vessel, *in rem*, alleges as follows:

**JURISDICTION**

1. This is a case of foreclosure of a maritime lien for necessaries and breach of a maritime contract and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Plaintiffs invoke the admiralty jurisdiction of this Honorable Court pursuant to 28 U.S.C. § 1333(1).

3. This case is governed under the Commercial Instruments and Maritime Lien Act, 46 U.S.C.A. § 31301 *et. seq.*, the General Maritime Law of the United States, and laws supplemental thereto and amendatory thereof.

4. This action is filed under and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions.

**PARTIES**

5. Plaintiffs are citizens of the State of North Carolina, over eighteen years of age and the owners of boat slip number S-108 on D-dock at Mariner's Point Marina, 4936 Baldwin Ave, Little River, SC ("Boat Slip").

6. Upon information and belief, M/V LADY LUCK is a 37.80 foot recreational vessel, assigned Hull Identification Number CCHDJ184G586 and U.S. Coast Guard Official Number 916479 ("the Vessel"), is now, or will be, during the pendency of the action within the District of South Carolina and within the jurisdiction of this Court.

**FACTS**

7. According to the State of North Carolina Department of Natural Resources, the Vessel is owned by Kevin P Gallagher Jr.

8. Upon information and belief, Kevin P Gallagher Jr. sold the Vessel to Chantel Drake and Traci Kenny, who did not change the registration to their names.

9. Chantel Drake and Traci Kenny on May 13, 2026 entered into a Boat Slip Rental Agreement with Glenn Holden and Kathy Holden ("Boat Slip Rental Agreement"). The Boat Slip Rental Agreement is attached as Exhibit A.

10. Under the terms of the Boat Slip Rental Agreement, Plaintiffs rented the Boat Slip to Chantel Drake and Traci Kenny to dock the Vessel at a cost of $470.00 per month.

11. The Vessel has been docked in the Boat Slip since May 2026.

12. Chantel Drake and Traci Kenny have failed to pay Plaintiffs the cost of the monthly dockage for rent of the Boat Slip.

13. The Vessel has incurred storage charges that have not been paid.

14. As of October 1, 2026, there remains due and owing to Plaintiffs the sum of $1,640.00. Each month the dockage is not paid the amount owed to Plaintiffs will increase by $470.00.

15, Dockage is essential to the Vessel's operation and are services necessary to keep her in navigation.

16. The Vessel is currently taking on water, which has to be pumped from the Vessel on a regular basis and could cause the Vessel to sink and discharge fuel, oil and other contaminants into the navigable waters of the U.S..

17. Glenn Holden has asked Chantel Drake and Traci Kenny to move the Vessel from his boat slip and they have refused to do so.

**FIRST CAUSE OF ACTION**
(Enforcement of Plaintiff's Maritime Lien)

18. Plaintiffs repeat and incorporate by reference the allegations set forth in paragraphs "1" through "17" of this Verified Complaint with the same force and effect as if more fully set forth herein.

19. Plaintiffs have a maritime lien against the Vessel for the sums due for the services and necessaries provided to said Vessel, including, but not limited to, providing storage and dockage to the Vessel.

20. In order to enforce their maritime lien, Plaintiffs have the right to have the Vessel arrested and sold.

21. All and singular, the claims of this Verified Complaint are true.

22. Plaintiffs have the right to their Maritime lien enforced in preference and priority over any and all persons claiming liens against the Vessel.

23. Plaintiffs have suffered damages due the monthly dockage for rent of the Boat Slip not being paid.

## PRAYER

**WHEREFORE**, by reason of the foregoing, Plaintiffs pray that process in due form of law in admiralty and maritime cases issue against the Vessel, her engines, bowspirit, anchor, cables, chains, rigging, tackle, sails, apparel, furniture and all accessories hereunto appertaining and belonging to her, *in rem*; that the Defendant Vessel be arrested and sold to satisfy Plaintiffs' maritime lien; that all persons claiming an interest therein be cited to appear and answer Plaintiffs' Complaint; that judgment be rendered for Plaintiffs against the Defendant Vessel; that Plaintiffs be fully compensated and awarded compensatory and general damages, plus reasonable attorney's fees, *custodia legis* expenses, additional pre-judgment interest through date of judgment, costs of collection, and costs of the action; that all expert fees be taxed as costs; and that this Court award any other amount and grant any other relief as may be in the interests of justice.

BLUESTEIN LAW FIRM, P.A.

By: s/ S. Scott Bluestein
S. Scott Bluestein - Federal No. 6981
P.O. Box 22253
Charleston, SC 29413
266 W. Coleman Blvd., Suite 103

Mount Pleasant, SC 29464
843-577-3092 (telephone)
843-577-3093 (facsimile)
E-mail: scott@boatinglaw.us

ATTORNEY FOR PLAINTIFFS

Mount Pleasant, South Carolina
October 1, 2026

## Verification

**COMES NOW, Glenn Holden,** who deposes and says as follows:

1. My name is Glenn Holden, I am a Citizen of the United States, over the age of 18, and of sound mind.

2. My wife and I are the owners of boat slip number S-108 on D-dock at Mariner's Point Marina, 4936 Baldwin Ave, Little River, SC.

3. I have read the foregoing Verified Amended Complaint and know the contents thereof and the same are true to the best of my knowledge, except as to those matters therein stated to be on information and belief, and as to those matters I believe them to be true.

4. The sources of my information and the grounds of my belief are my personal knowledge and documents in my possession.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2026.

Glenn Holden
Glenn Holden